# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHERRY POE,** | ) | |
| | ) | **8:11CV222** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROTECTIVE ORDER** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Stipulation for Entry of Protective Order (Filing No. 32),

**IT IS ORDERED:**

1.   The Stipulation for Entry of Protective Order (Filing No. 32) is adopted.

2.   The United States, through the U.S. Attorney's Office, will provide any medical records of Sherry Poe it obtains from her medical providers to Plaintiff for use in this litigation. Plaintiff will provide medical records of Sherry Poe as part of its initial disclosures and in response to discovery requests. The Parties agree that the records may be produced in electronic format and mailed via United States Postal Service on unencrypted media.

3.   The parties are prohibited from using or disclosing the medical records of Sherry Poe for any purpose other than for litigation in this case, without further order of the Court. The parties may disclose the medical records to any consultants or expert witnesses necessary to prosecute or defend the case.

4.   Except as required by Federal law, the medical records of Sherry Poe, including all copies made, shall be destroyed at the end of the litigation.

DATED this 1st day of December, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge