IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERRY POE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | **8:11CV222**<br><br>**ORDER OF DISMISSAL** |

　　This matter came on for determination upon the Joint Stipulation and Motion of the parties that the case be dismissed with prejudice (filing 39), each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

　　Dated this 13th day of April, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　U.S. District Judge